UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| ANGELA VILLA, | ) | CASE NO. 20-15298 |
| | ) | |
| DEBTOR. | ) | HON. TIMOTHY A. BARNES |

**NOTICE OF MOTION**

TO: See attached list

     PLEASE TAKE NOTICE that on **Monday, November 23, 2020,** at **1:00 p.m.**, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss** a copy of which is attached.

     **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

     **Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

     */s/ Jeffrey Gansberg*
     Jeffrey Gansberg
     Trial Attorney
     U.S. Department of Justice
     Office of the United States Trustee
     219 S. Dearborn Street, Room 873
     Chicago, Illinois 60604
     (312) 886-3327

1

## CERTIFICATE OF SERVICE

      I, Jeffrey L. Gansberg, an attorney, certify that I served a copy of this Notice of Motion and Motion on each entity shown on the attached list at the address shown and by the method indicated on the list on November 12, 2020, before 5:00 p.m.

*/s/ Jeffrey Gansberg*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Vaughn A. White            attywhite@hotmail.com
- Richard M. Fogel            RFogel@cozen.com

**Parties Served via First Class Mail:**

Angela Villa
13050 South Buffalo Avenue
Chicago, IL  60633

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANGELA VILLA, | ) | CASE NO. 20-15298 |
| | ) | |
| DEBTOR. | ) | HON. TIMOTHY A. BARNES |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF
TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by his attorney, Jeffrey L. Gansberg, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Angela Villa ("Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. On August 7, 2020, the Debtor filed her voluntary petition for relief under Chapter 7 on the Bankruptcy Code. On or about that same time Richard M. Fogel was appointed Chapter 7 Trustee in the Debtor's case.

3. The Section 341 Meeting of Creditors was held on September 15, 2020.

4. The last date to object to the Debtor's discharge or to file a motion to dismiss her case under § 707 is currently set for November 16, 2020.

5. The Debtor has primarily consumer debt. According to Schedule E/F, Debtor has non-priority unsecured debt of $36,062. Schedule A/B lists real and personal property in the amount of $12,500.

6. The Debtor's Schedule I lists the Debtor as self-employed and earning $1,500 in monthly gross income. Her non-filing spouse is employed as a construction worker earning $5,700 per month. The Debtor's and her spouse's gross monthly income is $7,200 or $86,400 annually.

1

7. Schedule J shows no dependents and lists monthly expenses totaling $4,100 with $3,090 in monthly disposable income. Conversely, the Debtor's "Chapter 7 Statement of Your Currently Monthly Income," Official Form 122A-1, indicates that the Debtor has a household of five.

8. Based on the above, the U.S. Trustee requests additional time to investigate and determine whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to § 707.

**WHEREFORE**, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and for filing a motion to dismiss the Debtor's case under 11 U.S.C. § 707, for sixty (60) days, to and including January 15, 2021, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: November 12, 2020

*/s/ Jeffrey Gansberg*
Jeffrey Gansberg
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327

2